United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEATRIZ COROMOTO ALVARENGA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02786 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| | § | |
| Respondent. | § | |

# ORDER

On April 7, 2026, *pro se* Petitioner Beatriz Coromoto Alvarenga ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #1. On May 5, 2026, Respondents filed a Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment notifying the Court that the Immigration Court had scheduled a final merits hearing in Petitioner's removal proceedings on June 5, 2026, and the outcome of that hearing may bear on Petitioner's continued detention. Doc. #10 at 3. On June 8, 2026, Petitioner filed a Motion for Status Conference (Doc. #12) and a Motion for Release Pending Resolution of Habeas Petition (Doc. #13).

The parties are ORDERED to file a status report no later than June 19, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

JUN 15 2026
Date

The Honorable Alfred H. Bennett
United States District Judge