United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEATRIZ COROMOTO ALVARENGA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02786 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| | § | |
| Respondent. | § | |

# ORDER

On April 7, 2026, *pro se* Petitioner Beatriz Coromoto Alvarenga ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #1. On July 29, 2026, Respondents filed a Notice of Intent to Remove (the "Notice) notifying the Court that Immigrations and Customs Enforcement ("ICE") planned to effectuate Petitioner's removal "in the near future to Venezuela." Doc. #19. Petitioner has not filed a response to the Notice.

The parties are ORDERED to file a status report no later than August 21, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

AUG 14 2026
Date

The Honorable Alfred H. Bennett
United States District Judge